**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **TARAS PILIPENKO,** | § § § | |
| *Petitioner*, | § | |
| v. | § § | |
| **PAM BONDI,** | § | |
| *Attorney General*; | § | |
| **KRISTI NOEM,** | § | EP-26-CV-00348-DCG |
| *Secretary of the Department of Homeland Security*; **and** | § § § | |
| **MARIA DEANDRA YBARA,**[1] | § | |
| *U.S. ICE Field Officer Director*, | § § | |
| *Respondents*. | § § | |

## ORDER TO REDACT EXHIBITS

*Pro se* Petitioner Taras Pilipenko has filed a Petition for Writ of Habeas Corpus.[2]  Several of the exhibits attached to that Petition contain non-parties' full unredacted birthdates.[3]  By making those non-parties' unredacted birthdates visible on the public docket, Petitioner has arguably violated Federal Rule of Civil Procedure 5.2(a), which requires any party making "an electronic or paper filing with the court that contains an individual's . . . [full] birth date" to

---

[1] Petitioner may have misspelled this Respondent's name.  *See, e.g.*, Petition for Writ of Habeas Corpus at 1, *Sanchez-Diaz v. De Anda-Ybarra*, No. 3:26-cv-00351 (W.D. Tex. Feb. 5, 2026), ECF No. 1 (instead spelling the Field Office Director's name as "Mary De Anda-Ybarra").  Solely for the purposes of this Order, though, the Court will use the spelling in the Petition.  *See* Pet., ECF No. 1, at 1, 3.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See generally* Pet.

[3] *See* Pet. Ex. A, ECF No. 1-1, at 3 (photocopy of non-party's passport card); Pet. Ex. B, ECF No. 1-2, at 2 (photocopy of marriage certificate containing non-party's birthdate); Pet. Ex. D, ECF No. 1-4, at 2–3 (photocopies of non-party's passport and driver's license).

redact all but "the year of the individual's birth."[4] The Court will therefore seal the unredacted exhibits and order Petitioner to file redacted versions on the public docket.[5]

Accordingly, the Clerk of Court shall **SEAL** the following unredacted exhibits to the Petition:

(1)  Exhibit A (ECF No. 1-1);

(2)  Exhibit B (ECF No. 1-2); and

(3)  Exhibit D (ECF No. 1-4).

The Court **ORDERS** Petitioner to file **REDACTED** versions of those exhibits on the public docket by **February 23, 2026**. If Petitioner fails to do so, the Court will:

(1)  strike the unredacted versions from the docket; and

(2)  not consider those exhibits when ruling on the Petition.

The Court **ADMONISHES** Petitioner to redact future filings in compliance with Federal Rule of Civil Procedure 5.2(a).

---

[4] *See* FED. R. CIV. P. 5.2(a).

The Court says "arguably" here because Rule 5.2(a)'s "redaction requirement does not apply to . . . a filing covered by Rule 5.2(c)." FED. R. CIV. P. 5.2(b). Because this is an immigration detention case, the Petition may qualify as "a filing covered by Rule 5.2(c)." *See* FED. R. CIV. P. 5.2(c) (governing docket access in "action[s] or proceeding[s] relating to an order of removal, to relief from removal, or to immigration benefits or detention").

However, even assuming (without deciding) that Rule 5.2(a) didn't require Petitioner to redact these non-parties' birthdates from his Petition, the Court would nonetheless order Petitioner to do so pursuant to the Court's authority to require additional redactions under Rule 5.2(e). *See* FED. R. CIV. P. 5.2(e) (authorizing courts to "require redaction of additional information" beyond the redactions that Rule 5.2(a) would ordinarily require).

[5] *Cf.* FED. R. CIV. P. 5.2(d) ("The court may order that a filing be made under seal without redaction."); FED. R. CIV. P. 5.2(f) ("A person making a redacted filing may also file an unredacted copy under seal. The court must retain the unredacted copy as part of the record.").

The Clerk of Court **SHALL MAIL** this Order to:

Taras Pilipenko
El Paso Service Processing Center
8915 Montana Avenue
El Paso, TX 79925

Taras Pilipenko
c/o Olga Prakapenkava
419 Ramsell St.
San Francisco, CA 94132

**So ORDERED and SIGNED this 11th day of February 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**